In re Eva June COST, Debtor.

**UNITED STATES of America, Appellant,**

v.

**Eva June COST, Appellee.**

Bankruptcy No. 90–17434–BKC–RAM.

Appeal No. 94–0308 CIV—ARONOVITZ.

United States District Court,
S.D. Florida.

April 21, 1994.

Attorney General, Kendall Coffey, United States Attorney, Grisel Alonso, Assistant U.S. Attorney, Miami, FL, for the United States of America.

Sandy Karlan, Coconut Grove, FL, Lynn H. Gelman, Miami, FL, for Eva June Cost.

*ORDER APPROVING STIPULATED SETTLEMENT AND VACATING JUDGMENT BELOW*

Having considered the stipulated settlement proposal submitted by the parties, and the entire record in this matter, it is by the Court this 21 day of April, 1994,

ORDERED that the stipulated settlement is approved; it is further

ORDERED that the decision in *In re Cost,* 161 B.R. 856 (Bankr.S.D.Fla.1993), is vacated; it is further

ORDERED that, pursuant to the settlement between the parties to this appeal, this case is dismissed.